UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL AZUA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01386-DJC-CSK<br><br>**ORDER GRANTING AMENDED JOINT STIPULATION TO CONTINUE PRE-TRIAL DISCOVERY DEADLINES**<br><br>Trial Date: April 6, 2026<br><br>Complaint Filed: April 11, 2024 |

Error! Unknown document property name.
Error! Unknown document property name.

On April 21, 2025, Plaintiff ISMAEL AZUA ("Plaintiff") and Defendant GREYHOUND LINES, INC. ("Defendant") (jointly, the "Parties"), filed a Joint Stipulation to Continue Pre-Trial Discovery Deadlines.  The Court, having considered the Parties' joint stipulation and finding good cause, hereby GRANTS the Joint Stipulation to Continue Pre-Trial Discovery Deadlines and ORDERS as follows: The following pre-trial dates be continued as follows:

| EVENT | PREVIOUS DATE | NEW DATE |
| --- | --- | --- |
| Fact Discovery Cut-Off | May 2, 2025 | July 10, 2025 |
| Deadline to Serve Initial Expert Reports | May 30, 2025 | July 31, 2025 |
| Deadline to Serve Rebuttal Expert Reports | June 27, 2025 | August 28, 2025 |
| Expert Discovery Cut-Off | July 25, 2025 | September 26, 2025 |
| Motion Hearing Cut-Off | October 3, 2025 | December 5, 2025 |
| Dispositive Motion Hearing | December 5, 2025 at 1:30 PM | January 22, 2026 at 1:30 PM |
| Final Pretrial Conference | February 12, 2026 at 1:30 PM | May 7, 2026 at 1:30 PM |
| Trial | April 6, 2026 at 8:30 AM | July 6, 2026 at 8:30 AM |

**IT IS SO ORDERED.**

Dated:  April 29, 2025            /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.