Ramin R. Younessi, Bar No. 175020
ryounessi@younessilaw.com
Samantha L. Ortiz, Bar No. 312503
sortiz@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone:   213.480.6200
Facsimile:    213.480.6201

Attorney for Plaintiff,
ISMAEL AZUA

Carolyn Hudson, Bar No. 334842
chudson@littler.com
Fernando Torres, Bar No. 358744
ftorres@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:   559.244.7500
Fax No.:     559.244.7525

Attorneys for Defendant,
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL AZUA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01386-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: April 6, 2026<br>Complaint Filed:   April 11, 2024 |

Case No.: 2:24-cv-01386-DJC-CSK

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

**ORDER**

Good cause having been shown, IT IS HEREBY ORDERED as followed:

1. Plaintiff's Complaint is hereby dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 2, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2    Case No.: 2:24-cv-01386-DJC-CSK
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE